IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES ALBRIGHT | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-420 |
| KATHRYN BRANCH, *et al.*, | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, James Albright, a detainee at the Jefferson County Correctional Facility, proceeding *pro se* and *in forma pauperis*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Kathryn Branch, Probation Officer, Judge Raquel West, Judge FNU Stevens, Judge FNU Walker, and the Jefferson County Jail.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this case as Defendants West, Stevens, and Walters are entitled to absolute immunity and Plaintiff's request for monetary damages are *Heck*-barred (doc. # 18). In addition, the Magistrate Judge recommended abstaining from asserting jurisdiction over Plaintiff's claims for injunctive relief. *Id*.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A Final Judgment will be entered in this case

in accordance with the magistrate judge's recommendations.

**SIGNED** this **2nd day of November, 2022.**

_____
Michael J. Truncale
United States District Judge